```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LOLA DOE,                                                   :
                                                            :
                                                            :
                        Plaintiff,                          :
                                                            :       21-CV-3876 (VSB)
        -against-                                           :
                                                            :            ORDER
DARREN K. INDYKE and RICHARD D.                             :
KAHN, as co-executors of the estate of Jeffrey              :
E. Epstein                                                  :
                                                            :
                        Defendants.                         :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Plaintiff's motion for leave to proceed anonymously in this case, filed April 30, 2021. (Doc. 3.) According to Local Rule 6.1(b), any memorandum of law in opposition to Plaintiff's motion is due within 14 days after Plaintiff serves Defendants with the motion and accompanying materials, and any reply memorandum is due within seven days after service of the answering papers. To date, Plaintiff has not yet filed an affidavit of service for the motion to proceed anonymously. Accordingly, it is hereby:

ORDERED that Plaintiff is directed to serve Defendants with the motion for leave and memorandum of law in support of that motion, and then file proof of service on the docket.

IT IS FURTHER ORDERED that Defendants must file any response in opposition within 14 days after Plaintiff effectuates service, and Plaintiff must file any reply memorandum within seven days after Defendants serve any answering papers.

SO ORDERED.

Dated: May 4, 2021  
        New York, New York

_____  
VERNON S. BRODERICK  
United States District Judge