Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York  10022



troutman.com

---

**Bennet J. Moskowitz**
bennet.moskowitz@troutman.com

August 27, 2021

**VIA ECF**

Hon. Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J.  8/30/2021
>
> The parties are directed to submit a joint filing when they have reached settlement or on October 27, 2021, whichever date comes first.

Re:   *Lola Doe* v. *Darren Indyke and Richard D. Kahn, as co-executors of the Estate of Jeffrey E. Epstein* (Case No. 1:21-cv-03876-VSB)

Dear Judge Broderick:

We represent Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein ("Defendants"), in the referenced action. We write jointly with Plaintiff to report that the parties are attempting to resolve this matter extrajudicially. Accordingly, to preserve the parties' resources and in the interest of judicial economy, the parties respectfully request that the Court enter a sixty-day stay of this action, through **October 27, 2021**. Should the parties resolve Plaintiff's claims through settlement, they will thereafter promptly discontinue this action with prejudice.

Respectfully submitted,

*/s/ Bennet J. Moskowitz*
Bennet J. Moskowitz


cc: Counsel of Record (via ECF)